Yong Bom (Brian) Lee (SBN 213860)
Hyong C. Kim (SBN 231034)
LEE & ASSOCIATES, LAW OFFICE, APC
3530 Wilshire Blvd., Suite 1280
Los Angeles, California 90010
Tel. No. (213) 368-7717
Fax No. (213) 368-7718
E-Mail: wilshirefirm@yahoo.com

Attorneys for Defendant & Cross-Complainant,
LA CASH & CARRY, INC.,
a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIO PRODUCTS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LA CASH & CARRY, INC., a California corporation,<br><br>                    Defendant.<br>_____<br><br>LA CASH & CARRY, INC., a California corporation,<br><br>                    Cross-Complainant.<br><br>        vs.<br><br>ILUMEX INC., a Texas corporation,<br><br>                    Cross-Defendant. | CASE NO.: **2:21-cv-06805-JAK-(JCx)**<br><br>**ANSWER OF DEFENDANT LA CASH & CARRY, INC. TO INDIO PRODUCTS, INC.'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. John A. Kronstadt<br>Courtroom: First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012<br><br>Mag. Judge: Jacqueline Chooljian (Roybal Federal Building and United States Courthouse – 255 E. Temple St., Los Angeles, CA 90012, 7th Fl, Courtroom 750)<br><br>Complaint Filed:   August 23, 2021<br>Trial Date:<br><br>Date:<br>Time:<br>Dept.: |

///
///
///

1
ANSWER OF LA CASH & CARRY TO INDIO PRODUCT'S COMPLAINT

# ANSWER OF LA CASH & CARRY, INC. (JURY DEMAND)

COME NOW Defendant LA CASH & CARRY, INC., a California Corporation, ("Defendant") and on behalf of itself and no other defendants, submits this answer to the Complaint of INDIO PRODUCTS, INC. ("Plaintiff") as follows:

## NATURE OF THE ACTION

1. Defendant admits the allegations in paragraph 1 of the Complaint.

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint and accordingly denies the same.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint and accordingly denies the same.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint and accordingly denies the same.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Complaint and accordingly denies the same.

## THE PARTIES

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint and accordingly denies the same.

7. Defendant admits the allegations in paragraph 7 of the Complaint.

## JURISDICTION AND VENUE

8. Defendant admits the allegations in paragraph 8 of the Complaint.

9. Defendant admits the allegations in paragraph 9 of the Complaint.

10. Defendant admits the allegations in paragraph 10 of the Complaint.

11. With respect to paragraph 11 of the Complaint, Defendant admits only that this Court has personal jurisdiction over Defendant. Defendant denies each and every remaining allegation of paragraph 11 of the Complaint.

12. Defendant admits the allegations in paragraph 12 of the Complaint.

## FACTS RELEVANT TO ALL COUNTS

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint and accordingly denies the same.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Complaint and accordingly denies the same.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Complaint and accordingly denies the same.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16 of the Complaint and accordingly denies the same.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the Complaint and accordingly denies the same.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the Complaint and accordingly denies the same.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the Complaint and accordingly denies the same.

20. Defendant denies the allegations in paragraph 20 of the Complaint.

21. Defendant denies the allegations in paragraph 21 of the Complaint.

22. With respect to paragraph 22 of the Complaint, Defendant admits only that Defendant operates a store at the address stated in the Complaint. Defendant denies each and every remaining allegation of paragraph 22 of the Complaint.

23. Defendant denies the allegations in paragraph 23 of the Complaint.

24. Defendant denies the allegations in paragraph 24 of the Complaint.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25 of the Complaint and accordingly denies the same.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Complaint and accordingly denies the same.

27. Defendant denies the allegations in paragraph 27 of the Complaint.

## COUNT I

**(COPYRIGHT INFRINGEMENT – 17 U.S.C. §§ 101 *et seq* and 501)**

28. Defendant repeats, re-alleges and incorporate by reference in this paragraph its responses to the previous allegations in preceding paragraphs of the Complaint as if fully set forth herein.

29. Defendant denies each and every allegation contained in the paragraph 29.

30. Defendant denies each and every allegation contained in the paragraph 30.

31. Defendant denies each and every allegation contained in the paragraph 31.

32. Defendant denies each and every allegation contained in the paragraph 32.

33. Defendant denies each and every allegation contained in the paragraph 33.

34. Defendant denies each and every allegation contained in the paragraph 34.

35. Defendant denies each and every allegation contained in the paragraph 35.

36. Defendant denies each and every allegation contained in the paragraph 36.

37. Defendant denies each and every allegation contained in the paragraph 37.

38. Defendant denies each and every allegation contained in the paragraph 38.

39. Defendant denies each and every allegation contained in the paragraph 39.

40. Defendant denies each and every allegation contained in the paragraph 40.

41. Defendant denies each and every allegation contained in the paragraph 41.

42. Defendant denies each and every allegation contained in the paragraph 42.

43. Defendant denies each and every allegation contained in the paragraph 43.

44. Defendant denies each and every allegation contained in the paragraph 44.

45. Defendant denies each and every allegation contained in the paragraph 45.

46. Defendant denies each and every allegation contained in the paragraph 46.

47. Defendant denies each and every allegation contained in the paragraph 47.

48. Defendant denies each and every allegation contained in the paragraph 48.

49. Defendant denies each and every allegation contained in the paragraph 49.

50. Defendant denies each and every allegation contained in the paragraph 50.

51. Defendant denies each and every allegation contained in the paragraph 51.

52. Defendant denies each and every allegation contained in the paragraph 52.

53. Defendant denies each and every allegation contained in the paragraph 53.

54. Defendant denies each and every allegation contained in the paragraph 54.

55. Defendant denies each and every allegation contained in the paragraph 55.

56. Defendant denies each and every allegation contained in the paragraph 56.

57. Defendant denies each and every allegation contained in the paragraph 57.

58. Defendant denies each and every allegation contained in the paragraph 58.

59. Defendant denies each and every allegation contained in the paragraph 59.

60. Defendant denies each and every allegation contained in the paragraph 60.

61. Defendant denies each and every allegation contained in the paragraph 61.

62. Defendant denies each and every allegation contained in the paragraph 62.

63. Defendant denies each and every allegation contained in the paragraph 63.

64. Defendant denies each and every allegation contained in the paragraph 64.

65. Defendant denies each and every allegation contained in the paragraph 65.

## COUNT II

### (TRADEMARK INFRINGEMENT – 15 U.S.C. §§ 1114, 1125)

66. Defendant repeats, re-alleges and incorporate by reference in this paragraph its responses to the previous allegations in preceding paragraphs of the Complaint as if fully set forth herein.

67. Defendant denies each and every allegation contained in the paragraph 67.

68. Defendant denies each and every allegation contained in the paragraph 68.

69. Defendant denies each and every allegation contained in the paragraph 69.

70. Defendant denies each and every allegation contained in the paragraph 70.

71. Defendant denies each and every allegation contained in the paragraph 71.

72. Defendant denies each and every allegation contained in the paragraph 72.

73. Defendant denies each and every allegation contained in the paragraph 73.

74. Defendant denies each and every allegation contained in the paragraph 74.

75. Defendant denies each and every allegation contained in the paragraph 75.

76. Defendant denies each and every allegation contained in the paragraph 76.

77. Defendant denies each and every allegation contained in the paragraph 77.

78. Defendant denies each and every allegation contained in the paragraph 78.

79. Defendant denies each and every allegation contained in the paragraph 79

## COUNT III

**(UNFAIR COMPETITION & INFRINGEMENT UNDER LANHAM ACT § 43 – 15 U.S.C. § 1125)**

80. Defendant repeats, re-alleges and incorporate by reference in this paragraph its responses to the previous allegations in preceding paragraphs of the Complaint as if fully set forth herein.

81. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81 of the Complaint and accordingly denies the same.

82. Defendant denies each and every allegation contained in the paragraph 82.

83. Defendant denies each and every allegation contained in the paragraph 83.

84. Defendant denies each and every allegation contained in the paragraph 84.

85. Defendant denies each and every allegation contained in the paragraph 85.

86. Defendant denies each and every allegation contained in the paragraph 86.

## COUNT IV

**(CALIFORNIA BUSINESS & PROFESSION CODE § 17200 *et seq*.)**

87. Defendant repeats, re-alleges and incorporate by reference in this paragraph its responses to the previous allegations in preceding paragraphs of the Complaint as if fully set forth herein.

88. Defendant denies each and every allegation contained in the paragraph 88.

89. Defendant denies each and every allegation contained in the paragraph 89.

90. Defendant denies each and every allegation contained in the paragraph 90.

91. Defendant denies each and every allegation contained in the paragraph 91.

## COUNT V

## (COMMON LAW TRADEMARK INFRINGEMENT – California Common Law)

92. Defendant repeats, re-alleges and incorporate by reference in this paragraph its responses to the previous allegations in preceding paragraphs of the Complaint as if fully set forth herein.

93. Defendant denies each and every allegation contained in the paragraph 93.

94. Defendant denies each and every allegation contained in the paragraph 94.

95. Defendant denies each and every allegation contained in the paragraph 95.

## COUNT VI

## (UNFAIR COMPETITION - California Common Law)

96. Defendant repeats, re-alleges and incorporate by reference in this paragraph its responses to the previous allegations in preceding paragraphs of the Complaint as if fully set forth herein.

97. Defendant denies each and every allegation contained in the paragraph 97.

98. Defendant denies each and every allegation contained in the paragraph 98.

99. Defendant denies each and every allegation contained in the paragraph 99.

100. Defendant denies each and every allegation contained in the paragraph 100.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. As a first and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that Plaintiff has stated no claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. As a second and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that the Complaint is uncertain.

### THIRD AFFIRMATIVE DEFENSE

3. As a third and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that Plaintiff is barred from obtaining any relief sought in the Complaint by reason of their own unclean hands.

### FOURH AFFIRMATIVE DEFENSE

4. As a forth and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that Plaintiffs' claims are barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

5. As a fifth and separate affirmative defense, if Plaintiff suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of other third parties, or the Plaintiff itself, not by Answering Defendant.

### SIXTH AFFIRMATIVE DEFENSE

6. As a sixth and separate affirmative defense, the copyrights Plaintiff asserts is invalid and void.

### SEVENTH AFFIRMATIVE DEFENSE

7. As a seventh and separate affirmative defense, even if there is an infringement, alleged copyright part is de minimus components of the garments as a whole, and any recovery is subject to significant apportionment between the allegedly infringing and the obvious non-infringing parts of the garments.

### EIGHTH AFFIRMATIVE DEFENSE

8. As an eighth and separate affirmative defense, Defendant has not intentionally infringed any copyrights allegedly owned by Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

9. As a ninth and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that the trademarks rights Plaintiff asserts are invalid and void.

### TENTH AFFIRMATIVE DEFENSE

10. As a tenth and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that Plaintiff has licensed alleged copyrights and/or trademark rights, and Defendant has purchased products from licensee.

### *ELEVENTH AFFIRMATIVE DEFENSE*

11. As an eleventh and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that Plaintiff has not obtained the proper rights in the subject copyrights and/or trademark rights from rightful owners and/or parties.

### *TWELVETH AFFIRMATIVE DEFENSE*

12. As a twelveth and separate affirmative defense, Defendant is informed and believes, and on this basis asserts that Plaintiff's alleged copyrights and/or trademark rights are invalid due to the fraud and misrepresentation in the contents of the Copyright Registration and/or trademark registrations of the Plaintiff.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Answering Defendant prays for judgment as follows:

1. That Plaintiff take nothing by the Complaint;

2. That the Court enter judgment declaring that Defendant has not infringed any of the copyrights of Plaintiff or otherwise;

3. That the Court enter judgment declaring that Plaintiff does not have any rights to enforce the subject copyrights;

4. That the Court enter judgment declaring that Plaintiff's copyright registrations are not valid;

5. That the Court enter judgment declaring that Plaintiff has committed fraud and misrepresentation in applying for the copyright registration;

6. That the Court enter judgment declaring that Defendant has not infringed any of the trademark rights of Plaintiff or otherwise;

7. That the Court enter judgment declaring that Plaintiff does not have any rights to enforce the subject trademark rights;

8. That the Court enter judgment declaring that Plaintiff's trademark registrations are not valid;

9. That the Court enter judgment declaring that Plaintiff has committed fraud and misrepresentation in applying for the trademark registration;

10. That the Court award costs, including reasonable attorney's fees, to Answering Defendant; and

11. That the Court grant such further and other relief as to the Court seems just and proper.

                                              LEE & ASSOCIATES, LAW OFFICE, APC

Dated: October 12, 2021          By:   */s/ yong bom brian lee*
                                                          Yong Bom (Brian) Lee
                                                          Attorneys for Defendant
                                                          LA Cash & Carry, Inc.

**CERTIFICATE OF SERVICE**

I, Yong Bom Lee, an attorney, certify that on October 12, 2021, I served the above and foregoing document pursuant to Federal Rule of Civil Procedure 41(a)(1), by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this date.

By: */s/ yong bom lee*

Yong Bom Lee