# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| INDIO PRODUCTS, INC., a California Corporation, | No. 2:21-cv-06805-JAK-JC |
|---|---|
| *Plaintiff,* | **ORDER RE STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE (DKT. 30)** |
| v. | |
| LA CASH AND CARRY, Inc., a California Corporation | **JS-6** |
| *Defendant.* | |

Based on a review of the parties' Stipulated Permanent Injunction and Dismissal with Prejudice (the "Stipulation" (Dkt. 30)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The parties have reached a settlement in this matter and entered into a settlement agreement, the terms of which are confidential and set forth in a separately executed agreement, and have stipulated and agreed as follows:

1. LA Cash and Carry, Inc. is hereby enjoined from selling the products as set forth in Exhibit A hereto.

2. LA Cash and Carry, Inc. is hereby enjoined from using, manufacturing, copying, advertising, importing, offering for sale, and/or selling products in the

United States, the artwork set forth in Exhibit B hereto and identified in the deposit materials in the following Copyrights:

- Break Up / Separar (VA0001899063/VA0002199072);
- Cleansing / Limpias (VA0001923417/VA0002176798);
- Control / Controlling (VA0001920926/VA000215093);
- Domination / Dominante (VA0001899055/VA0002169605);
- DUME / Black List / Lista Negra (VA0001899051/VA0002137041);
- Elegua / Esu (VA0002174182/VA0002129529);
- Holy Death / Santa Muerte (VA0001860122);
- Obatala / Orisa-NLA (VA0002129384/VA0002165117);
- Ochosi (VA0002165134/VA0002129530);
- Ogun (VA0002165141/VA0002129532);
- Orunla / Orunmila (VA0002174106/ VA0002129524);
- Oshun / Osun (VA0002174109/VA0002129525);
- Oya (VA0002129526/VA0002174123);
- Road Opener / Abre Camino (VA0001899050/VA0002165431);
- Shut Up / Tapa Boca (VA0001899039/VA0002165149);
- Spell Breaker / Rompe Conjuros (VA0001923406/VA0002169615); and
- Yemaya / Yemoja (VA0002129528/ VA0002174114).

3.     LA Cash and Carry, Inc. is hereby enjoined from using, manufacturing, advertising, importing, offering for sale, and/or selling products in the United States bearing the designs, images, and/or fonts set forth in Exhibit B of the following Trademarks:

- BREAK UP (United States Patent and Trademark Office ("USPTO") Reg. No. 5207544);
- SEPARAR (USPTO Reg. No. 5207545);
- HOLY DEATH (USPTO Reg. No. 4342068);
- BREAK UP (USPTO Reg. No. 5615693);

- OSHUN (USPTO Reg. No. 5615697); and
- SPELL BREAKER (USPTO Reg. No. 6118637).

4.     LA Cash and Carry, Inc. is hereby enjoined from using, manufacturing, advertising, importing, offering for sale, and/or selling products in the United States bearing the designs and/or images of the following Trade Dress which are set forth in Exhibit B hereto:

- Break Up / Separar;
- Cleansing / Limpias;
- Control / Controlling;
- Domination / Dominante;
- DUME / Black List / Lista Negra;
- Elegua / Esu;
- Holy Death / Santa Muerte;
- Obatala / Orisa-NLA;
- Ochosi;
- Ogun;
- Orunla / Orunmila;
- Oshun / Osun;
- Oya;
- Road Opener / Abre Camino;
- Shut Up / Tapa Boca;
- Spell Breaker / Rompe Conjuros; and
- Yemaya / Yemoja.

5.     This Order shall finally resolve this Action between the parties, including all claims and affirmative defenses, which are hereby dismissed with prejudice.

6.     Each party shall bear its own attorney's fees, costs, and expenses associated with this Action.

7.      This Court retains jurisdiction over any dispute concerning or involving the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: __March 1, 2022_____      _____

John A. Kronstadt
United States District Judge

# EXHIBIT A





























# EXHIBIT B

**Break Up / Separar (VA0001899063/VA0002199072)**



**Cleansing / Limpias (VA0001923417/VA0002176798)**



**Control / Controlling (VA0001920926/VA000215093)**



**Domination / Dominante (VA0001899055/VA0002169605)**



**DUME / Black List / Lista Negra (VA0001899051/VA0002137041)**



**<u>Elegua / Esu (VA0002174182/VA0002129529)</u>**



**Holy Death / Santa Muerte (VA0001860122)**



**Obatala / Orisa-NLA (VA0002129384/VA0002165117)**



**Ochosi (VA0002165134/VA0002129530)**



**Ogun (VA0002165141/VA0002129532)**



**Orunla / Orunmila (VA0002174106/ VA0002129524)**



**Oshun / Osun (VA0002174109/VA0002129525)**



**Oya (VA0002129526/VA0002174123)**



**Road Opener / Abre Camino (VA0001899050/VA0002165431)**



**Shut Up / Tapa Boca (VA0001899039/VA0002165149)**



**Spell Breaker / Rompe Conjuros (VA0001923406/VA0002169615)**





**Yemaya / Yemoja (VA0002129528/ VA0002174114)**

